**Dilbag SINGH, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

**No. 02–61029.**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Aug. 22, 2003.

Deepa Ajit Thakur, Bellaire, TX, for Petitioner.

Hillel Smith, John Ashcroft, Thomas Ward Hussey, Director, Terri Jane Scadron, US Department of Justice, Washington, DC, Hipolito Acosta, Houston, TX, Caryl G. Thompson, New Orleans, LA, for Respondent.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM.*

Petitioner Dilbag Singh petitions for review of the decision of the Board of Immigration Appeals (BIA) summarily affirming the immigration judge's decision to deny Singh's application for asylum and withholding of deportation. We have reviewed the record and the briefs, and we conclude that the immigration judge's conclusion that Singh did not provide credible testimony and that Singh did not establish either past persecution or a well-founded fear of future persecution is supported by

---

substantial evidence. *See Carbajal–Gonzalez v. INS*, 78 F.3d 194, 197 (5th Cir. 1996). The petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.